NO. 07-04-0245-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MARCH 8, 2006
_____

ADAM GRIMALDO,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 98-428,567; HON. CECIL G. PURYEAR, PRESIDING
_____

*Memorandum Opinion*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Adam Grimaldo, appeals from an order revoking his probation and sentencing him to seven years confinement for possession of a controlled substance (methamphetamine) with intent to deliver. Appellant was convicted of that offense on October 25, 2000, and placed on community supervision for five years. The State thereafter sought to revoke his community supervision on the basis that he 1) committed an offense against the laws of this State, 2) failed to avoid injurious or vicious habits, and

3) failed to avoid persons or places of disreputable or harmful character. After conducting a hearing on the motion in conjunction with the trial in Cause No. 2003-404,575, the trial court revoked appellant's probation.

On appeal, appellant does not urge any issues other than those presented with respect to his conviction in Cause No. 2003-404,575. Furthermore, the evidence utilized to revoke his community supervision was the same used to obtain the conviction in Cause No. 2003-404,575. The judgment in the latter cause having been reversed due to error in overruling appellant's motion to suppress evidence, we also reverse the order revoking his probation and remand the cause for further proceedings.

Per Curiam

Do not publish.